## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       **Plaintiff-Respondent,**

**vs.**                                                         **CIVIL NO. 08-496 JC/WDS**
                                                                  **CRIM. NO. 05-1034 JC**

**LORENZO JUAREZ-SANCHEZ,**

       **Defendant-Movant.**

### ORDER

     **THIS MATTER** came before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255.  (Document No. 1) Respondent filed a response in opposition to the motion. (Document No. 7) Petitioner filed a reply to the government's response.  (Document No. 10) Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition and Petitioner's objections thereto, and being otherwise fully advised, I find that the Motion to Vacate, Set Aside, or Correct Sentence should be denied.

     **WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

     **IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 is **denied** , and this matter is dismissed.

                                     s/John Edwards Conway

                                   _____

                                   SENIOR UNITED STATES DISTRICT JUDGE